UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR 20  A 9 04

CLERK _____
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No.: CR207-15 |
| | ) | |
| GINA A. WOOTEN | ) | |

### ORDER

In accordance with the Court's instructions at the arraignment in this case, all pretrial motions are to be filed within 10 days of the date of arraignment. The opposing party shall have 10 days to respond to any motion.

Pretrial motions received by the Clerk outside the required period shall not be filed without leave of Court. Untimely motions will not be considered absent a showing of good cause for failure to file within the time set by the Court.

Counsel are instructed to file all requests to charge and proposed voir dire questions at least seven (7) days before jury selection. **If a defendant is in custody at the time of trial, it is the responsibility of counsel for that defendant to ensure that said defendant has appropriate attire to wear in the presence of the jury.**

**SO ORDERED** this 20th day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CASE NO.:   CR207-15   U.S.A. v. GINA A. WOOTEN

DATE SERVED:   March 20, 2007

BY:   Lee G. LaVictoire

Magistrate Judge Graham
Minutes

____✓____ Hand delivered to the following in open court.

Brian McEvoy, AUSA
Joshua R. Lowther, Esq.
Donnie Dixon, Esq.
Gina A. Wooten